UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 08-3160-TJH<br>CR 02-0077-TJH | Date | August 21, 2008 |

Title  *United States of America vs JOHN SUN*

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS -ORDER AND NOTICE TO ALL PARTIES RE:**
**2255 Petition to vacate, set aside or correct sentence by a person in Federal custody**

The court having carefully considered the papers and the evidence submitted by the parties, the Court hereby DENIES the Petitioners 2255 Petition to vacate, set aside or correct sentence by a person in Federal custody.

**IT IS SO ORDERED.**

**cc: counsel of record (or parties)**

CV-90 (12/02)         **CIVIL MINUTES - GENERAL**     Initials of Deputy Clerk YS